IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SONYA HOOKER, SYBIL
RUMMAGE, DONNA DEAL,
KENNETH MICHAEL DEAL and
BETTY DEAL, individually and
on behalf of a class of those
similarly situated,

    Plaintiffs,

V.

THE CITADEL SALISBURY LLC,
SALISBURY TWO PROPCO LLC,
ACCORDIUS HEALTH LLC, THE
PORTOPICCOLO GROUP, LLC,
SIMCHA HYMAN and NAFTALI
ZANZIPER,

    Defendants.

## DEFENDANTS' MOTION TO DISMISS

Defendants, through counsel, pursuant to LR 7.3, Fed. R. Civ. P. 12, the Emergency or Disaster Treatment Protection Act (Session Law 2020-3) ("EDTPA"), An Act to Provide Limited Immunity from Liability for Claims Based on Transmission of Coronavirus Disease 2019 ("COVID-19"), House Bill 118, N.C. Gen. Stat. § 99E-70 to § 99E-72, hereby respectfully move for dismissal of the Complaint filed against them, and show:

    1.    Pursuant to N.C. Gen. Stat. § 90-21.130 to § 90-21.134, known as the "Emergency or Disaster Treatment Protection Act" ("EDTPA"), and other statutes designed to shield healthcare entities from liability during the COVID-109 pandemic,

Defendants are immune from liability and Plaintiffs' Complaint is due to be dismissed, with prejudice.

2. Plaintiffs' individual claims for Breach of Contract, Unfair and Deceptive Trade Practices, Breach of Fiduciary Duty, Negligent Infliction of Emotional Distress, and the catch all Count Five, fail and should be dismissed.

3. In support, Defendants submit their brief in support with exhibits.

4. Defendants attach their proposed order as Exhibit A.

Wherefore, Defendants respectfully request the Court dismiss the Complaint filed against them, with prejudice.

Respectfully submitted, this the 19th day of July, 2021.

                HAGWOOD AND TIPTON PC

                By: */s/ Michael E. Phillips*
                Michael E. Phillips (N.C. Bar No. 45198)
                Hunter C. Carroll (N.C. Bar No. 57020)
                HAGWOOD and TIPTON PC
                2015 Ayrsley Town Boulevard
                Charlotte, NC 28273
                Telephone: (704) 280-8562
                Facsimile: (601) 362-3642
                Email: mphillips@hatlawfirm.com
                Email: hcarroll@hatlawfirm.com

                Mark P. Henriques (N.C. Bar No. 18701)
                Matthew F. Tilley (N.C. Bar No. 40125)
                Michael A. Ingersoll (N.C. Bar No. 2217)
                WOMBLE BOND DICKINSON (US) LLP
                3500 One Wells Fargo Center
                301 South College Street
                Charlotte, North Carolina 28202-6025
                Telephone: (704) 331-4912
                Fax: (704) 338-7830

E-mail: Mark.Henriques@wbd-us.com
E-mail: Matthew.Tilley@wbd-us.com
E-mail: Mike.Ingersoll@wbd-us.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing document on all of the parties to this cause by:

____ Hand delivering a copy hereof to the attorney for each said party addressed as follows:

____ Depositing a copy hereof, postage paid, in the United States Mail, addressed to the attorney for each said party as follows:

__X__ Via electronic mail addressed to the attorney for each party as follows:

____ Depositing a copy hereof with a nationally recognized overnight courier service,
for     overnight delivery, addressed to the attorney for each said party as follows:

____ Telecopying a copy hereof to the attorney for each said party as follows:

Mona Lisa Wallace, Esq.
John Hughes, Esq.
Wallace & Graham, PA
525 N. Main Street
Salisbury, North Carolina 28144
mwallace@wallacegraham.com
jhughes@wallacegraham.com

This, the 19th day of July 2021.

*/s/ Michael E. Phillips*
Michael E. Phillips