# EXHIBIT "E"

| State | Provider | City | County | MDS Census | RN Hours | LPN Hours | CNA Hours | Total Care Staff Hours | Total Care Staff HPRD | Total Staff HPRD (incl. RN Admin & RN DON) | RN Care Staff HPRD | Total RN Staff HPRD (incl. Admin & DON) | Provider Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 NC | JACOB'S CREEK NURSING AND REHABILITATION CENTER | MADISON | Rockingham | 103.3 | 18.7 | 134.6 | 228.7 | 382.0 | 3.7 | 4.0 | 0.2 | 0.5 | 345050 |
| 118 NC | PELICAN HEALTH REIDSVILLE | REIDSVILLE | Rockingham | 86.6 | 14.1 | 93.4 | 164.4 | 272.0 | 3.1 | 3.3 | 0.2 | 0.4 | 345227 |
| 119 NC | PENN NURSING CENTER | REIDSVILLE | Rockingham | 63.3 | 8.9 | 78.6 | 145.1 | 232.6 | 3.7 | 4.0 | 0.1 | 0.4 | 345530 |
| 120 NC | UNC ROCKINGHAM REHAB & NURSING CARE CENTER | EDEN | Rockingham | 84.6 | 26.5 | 138.2 | 130.3 | 295.0 | 3.5 | 3.8 | 0.3 | 0.6 | 345249 |
| 121 NC | ACCORDIUS HEALTH AT SALISBURY | SALISBURY | Rowan | 128.3 | 29.8 | 64.2 | 268.6 | 362.7 | 2.8 | 3.0 | 0.2 | 0.4 | 345115 |
| 122 NC | AUTUMN CARE OF SALISBURY | SALISBURY | Rowan | 70.3 | 24.7 | 58.9 | 161.1 | 244.7 | 3.5 | 3.7 | 0.4 | 0.6 | 345269 |
| 123 NC | BIG ELM RETIREMENT AND NURSING CENTERS | KANNAPOLIS | Rowan | 43.5 | 17.9 | 50.6 | 101.0 | 169.4 | 3.9 | 4.0 | 0.4 | 0.5 | 345342 |
| 124 NC | BRIGHTMOOR NURSING CENTER | SALISBURY | Rowan | 26.9 | 10.4 | 33.3 | 62.4 | 106.1 | 3.9 | 4.1 | 0.4 | 0.6 | 345140 |
| 125 NC | COMPASS HEALTHCARE AND REHAB ROWAN, LLC | SPENCER | Rowan | 54.6 | 13.3 | 48.3 | 86.8 | 148.4 | 2.7 | 2.9 | 0.2 | 0.4 | 345288 |
| 126 NC | LIBERTY COMMONS NSG & REHAB CTR OF ROWAN COUNTY | SALISBURY | Rowan | 59.4 | 10.7 | 76.1 | 125.6 | 212.4 | 3.6 | 3.7 | 0.2 | 0.3 | 345508 |
| 127 NC | NC STATE VETERANS HOME - SALISBURY | SALISBURY | Rowan | 67.7 | 56.0 | 45.9 | 185.5 | 287.4 | 4.2 | 4.6 | 0.8 | 1.1 | 345531 |
| 128 NC | THE CITADEL SALISBURY | SALISBURY | Rowan | 84.5 | 4.6 | 97.5 | 200.6 | 302.7 | 3.6 | 3.9 | 0.1 | 0.3 | 345286 |
| 129 NC | THE LAURELS OF SALISBURY | SALISBURY | Rowan | 59.9 | 11.8 | 59.1 | 134.7 | 205.6 | 3.4 | 3.6 | 0.2 | 0.4 | 345428 |
| 130 NC | TRINITY OAKS | SALISBURY | Rowan | 86.0 | 62.4 | 31.4 | 183.1 | 276.8 | 3.2 | 3.4 | 0.7 | 0.9 | 345153 |
| 131 NC | ACCORDIUS HEALTH AT RUTHERFORD LLC | RUTHERFORDT | Rutherford | 67.6 | 5.2 | 63.4 | 152.8 | 221.4 | 3.3 | 3.4 | 0.1 | 0.2 | 345083 |
| 132 NC | FAIR HAVEN HOME INC | BOSTIC | Rutherford | 31.9 | 11.2 | 47.3 | 70.3 | 128.7 | 4.0 | 4.2 | 0.4 | 0.5 | 345425 |
| 133 NC | FAIR HAVEN OF FOREST CITY, LLC | FOREST CITY | Rutherford | 82.8 | 10.4 | 88.6 | 189.0 | 288.0 | 3.5 | 3.7 | 0.1 | 0.3 | 345314 |
| 134 NC | OAK GROVE HEALTH CARE CENTER | RUTHERFORDT | Rutherford | 39.3 | 6.8 | 51.8 | 66.2 | 124.8 | 3.2 | 3.6 | 0.2 | 0.6 | 345464 |
| 135 NC | WILLOW RIDGE OF NC | RUTHERFORDT | Rutherford | 83.2 | 16.8 | 68.2 | 134.9 | 219.9 | 2.6 | 2.8 | 0.2 | 0.3 | 345197 |
| 136 NC | MARY GRAN NURSING CENTER | CLINTON | Sampson | 82.6 | 31.1 | 74.9 | 165.3 | 271.3 | 3.3 | 3.4 | 0.4 | 0.5 | 345218 |
| 137 NC | SOUTHWOOD NURSING AND RETIREMENT | CLINTON | Sampson | 55.0 | 18.7 | 52.6 | 150.2 | 221.5 | 4.0 | 4.4 | 0.3 | 0.7 | 345472 |
| 138 NC | SCOTIA VILLAGE-SNF | LAURINBURG | Scotland | 43.5 | 26.8 | 49.9 | 156.7 | 233.4 | 5.4 | 6.0 | 0.6 | 1.3 | 345297 |
| 139 NC | SCOTTISH PINES REHABILITATION AND NURSING CENTER | LAURINBURG | Scotland | 87.4 | 8.6 | 117.5 | 200.1 | 326.2 | 3.7 | 3.9 | 0.1 | 0.3 | 345383 |
| 140 NC | BETHANY WOODS NURSING AND REHABILITATION CENTER | ALBEMARLE | Stanly | 99.0 | 38.9 | 86.4 | 199.0 | 324.4 | 3.3 | 3.6 | 0.4 | 0.7 | 345148 |
| 141 NC | FORREST OAKES HEALTHCARE CENTER | ALBEMARLE | Stanly | 39.6 | 9.3 | 45.6 | 42.7 | 97.7 | 2.5 | 2.6 | 0.2 | 0.4 | 345442 |
| 142 NC | STANLY MANOR | ALBEMARLE | Stanly | 44.8 | 8.8 | 61.1 | 141.2 | 211.2 | 4.7 | 5.2 | 0.2 | 0.6 | 345281 |
| 143 NC | TRINITY PLACE | ALBEMARLE | Stanly | 61.7 | 40.4 | 54.1 | 155.6 | 250.1 | 4.1 | 4.3 | 0.7 | 0.9 | 345109 |
| 144 NC | STOKES COUNTY NURSING HOME | DANBURY | Stokes | 36.3 | 15.8 | 28.5 | 74.8 | 119.1 | 3.3 | 3.5 | 0.4 | 0.6 | 345166 |
| 145 NC | UNIVERSAL HEALTH CARE/KING | KING | Stokes | 85.5 | 13.8 | 70.1 | 114.3 | 198.3 | 2.3 | 2.6 | 0.2 | 0.4 | 345449 |
| 146 NC | VILLAGE CARE OF KING | KING | Stokes | 88.4 | 28.6 | 79.5 | 183.9 | 292.0 | 3.3 | 3.5 | 0.3 | 0.5 | 345381 |
| 147 NC | WALNUT COVE HEALTH AND REHABILITATION CENTER | WALNUT COVE | Stokes | 77.1 | 20.4 | 75.5 | 93.0 | 188.9 | 2.5 | 2.6 | 0.3 | 0.4 | 345089 |
| 148 NC | CENTRAL CONTINUING CARE | MOUNT AIRY | Surry | 74.5 | 27.0 | 75.9 | 195.3 | 298.2 | 4.0 | 4.3 | 0.4 | 0.7 | 345410 |

| Staffing Hours Per Resident Day (HPRD)* | |
|---|---:|
| Total Direct Care Staff HPRD | 3.33 |
| RN HPRD (excluding admin/DON) | 0.35 |
| MDS Census | 73.77 |

| State average calculation | |
|---|---:|
| Let A = Sum of MDS avgs | 29,579.99 |
| Let B = Sum of total staffing avgs | 98,408.96 |
| Let C = Sum of RN hour avgs | 10,308.08 |
| State staffing average = B/A | 3.33 |
| State RN average = C/A | 0.35 |

**National Care Staff Averages: 3.47** total direct care staff HPRD, including **0.47** RN HPRD.

## DATA NOTES

**Staffing HPRD: (1)** Facility staff averages are determined based on Payroll-Based Journal (PBJ) reporting **(2)** Not all facilities are in compliance with the staff reporting requirement. This may affect averages at the facility, state, and national level. **(3)** The list includes Transitional Care Units and pediatric nursing homes, which generally have significantly higher staffing than a typical nursing home. This, too, will

**Calculating state and national averages:** State and national staffing (Total and RN) HPRD were determined by dividing a given sample's aggregate of facility staffing hours by its aggregate of facility MDS census, thus accounting for variations in facility size. Previous LTCCC staffing reports used different methodology by averaging all facility HPRDs in a sample (without adjusting for facility size) to

*\*Note: National & State Staffing HPRD averages exclude RN Administrative and RN Director of Nursing Hours. RN Admin & RN DON hours data for individual nursing homes can be found in the direct care tab.*

**Non-Care Staff Data**: CMS collects a range of data on care staff (RNs, CNAs, LPNs) and non-nursing staff (activities staff, various therapy staff, medical directors). To make the data as user-friendly as possible, we have included staffing levels for some categories which we believe are most critical to resident care.

For further information and technical specification on payroll-based staff reporting requirements, visit the CMS website at https://www.cms.gov/Medicare/Quality-Initiatives-Patient-Assessment-Instruments/NursingHomeQualityInits/Downloads/PBJ-Policy-Manual-Final-V25-11-19-2018.pdf

**For LTCCC's full Q4 2020 staffing report, visit https://nursinghome411.org/staffing-q4-2020/.**