IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SONYA HOOKER, SYBIL RUMMAGE, DONNA DEAL, KENNETH MICHAEL DEAL and BETTY DEAL, individually and on behalf of a class of those similarly situated, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | 1:21CV384 |
| THE CITADEL SALISBURY, LLC, SALISBIRY TWO PROPCO LLC, ACCORDIUS HEALTH LLC, THE PORTOPICCOLO GROUP, LLC, SIMCHA HYMAN and NAFTALI ZANZIPER ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

This matter comes before the court on the parties' Joint Motion for Stay. (Doc. 83.) The parties request a limited stay of proceedings in order to facilitate mediation before mediator René Stemple Trehy which the parties represent is scheduled for January 5, 2023. For good cause is shown

IT IS ORDERED that all pending case management deadlines in this case are STAYED through and including January 9, 2023. The stay will expire on that date, and the parties are instructed to report to the court by that date in the form of a joint status report and recommendation as to next steps and any necessary re-scheduling.

/s/   Thomas D. Schroeder
United States District Judge

November 15, 2022