IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SONYA HOOKER, SYBIL RUMMAGE, DONNA DEAL, KENNETH MICHAEL DEAL, and BETTY DEAL, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:21CV384 |
| THE CITADEL SALISBURY LLC, SALISBURY TWO NC PROPCO LLC, ACCORDIUS HEALTH LLC, THE PORTOPICCOLO GROUP, LLC, SIMCHA HYMAN, and NAFTALI ZANZIPER, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER APPROVING AMENDED JOINT RULE 26(f) REPORT**

The Court has reviewed the Amended Joint Rule 26(f) Report (Docket Entry 90) submitted by the parties and approves it with the following modifications:

- The deadlines for final lists of witnesses and exhibits under Federal Rule of Civil Procedure 26(a)(3) shall be subject to modification by the Court;

- The trial date shall be determined by the Court; and

- The parties should not anticipate any extension of the overall discovery deadline.

                                                    /s/ Joe L. Webster
                                            United States Magistrate Judge

Date: May 8, 2023