IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:21-CV-00384

SONYA HOOKER, SYBIL
RUMMAGE, DONNA DEAL,
KENNETH MICHAEL DEAL and
BETTY DEAL, individually and
on behalf of a class of those
similarly situated,

    Plaintiffs,

V.

THE CITADEL SALISBURY LLC,
SALISBURY TWO PROPCO LLC,
ACCORDIUS HEALTH LLC, THE
PORTOPICCOLO GROUP, LLC,
SIMCHA HYMAN and NAFTALI
ZANZIPER,

    Defendants.

JOINT STATUS REPORT

COMES NOW, Plaintiffs Sonya Hooker, Sybil Rummage, Donna Deal, Kenneth Michael Deal, and Betty Deal ("Plaintiffs"), and Defendants, The Citadel Salisbury, LLC, Salisbury Two Propco, LLC, Accordius Health, LLC, The Portopiccolo Group, LLC, Simcha Hyman and Naftali Zanziper ("Defendants"), by and through undersigned counsel, and provide the Court with the following Joint Status Report, and state as follows:

1.    The Complaint (Doc. 1) in this matter was filed on May 17, 2021. Plaintiff's First Amended Complaint was filed on June 7, 2022 (Doc. 62).

2.    On April 20, 2023, a Memorandum Opinion and Order (Doc. 89) was entered denying Plaintiffs' Motion for Class Certification. No appeal was taken.

1

3. On May 8, 2023, an Order (Doc. 91) was entered approving the parties' Rule 26(f) Report.

4. On August 22, 2023, the parties reached a tentative agreement to settle all remaining claims pending in this matter.

5. The parties are currently finalizing separate settlement documents for the named Plaintiffs. Upon execution of settlement paperwork, an agreed order of dismissal will be filed with the Court.

This the 2nd day of October, 2023.

**HAGWOOD AND TIPTON PC**

By: */s/ Michael E. Phillips*
Michael E. Phillips (N.C. Bar No. 45198)
Hunter C. Carroll (N.C. Bar No. 57020)

HAGWOOD and TIPTON PC
2015 Ayrsley Town Boulevard
Charlotte, NC  28273
Telephone:   (704) 280-8562
Facsimile:    (601) 362-3642
Email:  mphillips@hatlawfirm.com
Email:  hcarroll@hatlawfirm.com
*Counsel for Defendants*

**WALLACE AND GRAHAM, P.A.**

By: /*s/Olivia Smith*
Mona Lisa Wallace, Esq. (N.C. Bar No. 9021)
John Hughes, Esq. (N.C. Bar No. 22126)
Olivia Smith, Esq. (N.C. Bar No. 58375)

WALLACE & GRAHAM, PA
525 N. Main Street
Salisbury, North Carolina 28144
mwallace@wallacegraham.com
jhughes@wallacegraham.com
osmith@wallacegraham.com
*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

       This is to certify that the undersigned has this day served the foregoing document on all of the parties to this cause by:

\_\_\_\_    Hand delivering a copy hereof to the attorney for each said party addressed as follows:

\_\_\_\_    Depositing a copy hereof, postage paid, in the United States Mail, addressed to the attorney for each said party as follows:

  X    Via electronic mail addressed to the attorney for each party as follows:

\_\_\_\_    Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

\_\_\_\_    Telecopying a copy hereof to the attorney for each said party as follows:

                                  Michael E. Phillips (N.C. Bar No. 45198)
                                  Hunter C. Carroll (N.C. Bar No. 57020)

                                  HAGWOOD and TIPTON PC
                                  2015 Ayrsley Town Boulevard
                                  Charlotte, NC   28273
                                  Telephone:     (704) 280-8562
                                  Facsimile:     (601) 362-3642
                                  Email:  mphillips@hatlawfirm.com
                                  Email: hcarroll@hatlawfirm.com
                                  *Counsel for Defendants*

       This, the 2nd day of October, 2023.

                                  */s/ Olivia B. Smith*
                                  Olivia B. Smith