**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:21-cv-00384-TDS-JLW**

| | |
|---|---|
| **SONYA HOOKER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THE CITADEL SALISBURY LLC,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### SUGGESTION OF DEATH
### (Sybil Rummage)

Please be advised pursuant to Rule 25 of the Federal Rules of Civil Procedure that one of the Plaintiffs in this matter, Sybil Rummage, has passed away.

Date: October 24, 2023.

s/John Hughes
Mona Lisa Wallace, N.C. State Bar #9021
John Hughes, N.C. State Bar #22126
Olivia Smith, N.C. State Bar #58375
Wallace & Graham, PA
525 N. Main Street
Salisbury, North Carolina 28144
Phone: (704) 633-5244
Email: mwallace@wallacegraham.com
jhughes@wallacegraham.com
osmith@wallacegraham.com

*Counsel for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all counsel of record registered with the ECF system.

Dated: October 24, 2023.

<u>s/John Hughes</u>
Mona Lisa Wallace, N.C. State Bar #9021
John Hughes, N.C. State Bar #22126
Olivia Smith, N.C. State Bar #58375
Wallace & Graham, PA
525 N. Main Street
Salisbury, North Carolina 28144
Phone: (704) 633-5244
Email: mwallace@wallacegraham.com
jhughes@wallacegraham.com
osmith@wallacegraham.com

*Counsel for Plaintiffs*

2